

# Fourth Court of Appeals
## San Antonio, Texas

November 27, 2019

No. 04-19-00481-CR

Juan **ORTIZ**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 18-08-137-CRW
Honorable Russell Wilson, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is REINSTATED on the docket of this court and DISMISSED WITHOUT PREJUDICE FOR WANT OF JURISDICTION. The clerk of the court is instructed to issue the mandate immediately. TEX. R. APP. P. 18.1(c).

It is so **ORDERED** on November 27, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of November, 2019.

_____
Michael A. Cruz, Clerk of Court